

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Dewayne Hendrix,
* From the County Court at Law
of Erath County,
Trial Court No. CV09358.

Vs. No. 11-22-00199-CV
* May 16, 2024

AAL Organic Matters, LLC,
* Memorandum Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we reverse the judgment of the trial court, and we remand this cause to the trial court for further proceedings consistent with this opinion. The costs incurred by reason of this appeal are taxed against AAL Organic Matters, LLC.